UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JAMES G. PERDIGAO

versus

| | |
|---|---|
| ADAMS AND REESE, L.L.P., | CIVIL ACTION NO. 08-3570 |
| CHARLES P. ADAMS, JR., | |
| B. JEFFREY BROOKS, | SECTION: L |
| EDWIN C. LAIZER, | |
| PAUL J. LASSALLE, | JUDGE ELDON E. FALLON |
| THOMAS G. O'BRIEN, | |
| MARK J. SPANSEL, | MAGISTRATE: 5 |
| MARTIN A. STERN, and | |
| ROBERT A. VOSBEIN | |

## PLAINTIFF'S NOTICE OF DISMISSAL

NOW INTO COURT, through undersigned counsel, comes plaintiff, James G. Perdigao, who pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure gives notice that he hereby dismisses this action without prejudice.

Respectfully submitted,

*Robert H. Matthews*
Robert H. Matthews, Bar #9055
830 Union Street, 4th Floor
New Orleans, LA 70112
telephone: (504) 523-4542

    fax: (504) 523-6139
    e-mail: mattbo52@aol.com

    *Pauline M. Warriner*
    Pauline M. Warriner, Bar #22673
    830 Union Street, 4th Floor
    New Orleans, LA 70112
    telephone: (504) 523-4542
    fax: (504) 523-6139
    e-mail: paulinewarriner@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been filed electronically with the United States District Court for the Eastern District of Louisiana, Clerk of Court by using the CM/ECF system which will send a notice electronic filing to all counsel of record on this 3rd day of December, 2008.

    */s/ Robert H. Matthews*
    ROBERT H. MATTHEWS